_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 17-00161 JLS (JEM)                                Date:  May 23, 2017
Title:  Consumer Financial Protection Bureau v. Vincent Howard, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (In Chambers) SCHEDULING ORDER

On the Court's own motion, the Scheduling Conference set for hearing May 26, 2017 is VACATED and taken off calendar, and the following dates are set.  Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date. Finally, the dates below have been adjusted in accordance with the Order Setting Scheduling Conference and will not be continued absent a showing of good cause.  *See* Fed. R. Civ. P. 16(b)(4).

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | July 25, 2017 |
| Fact Discovery Cut-off: | May 8, 2018 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | May 18, 2018 |
| Last Day to Serve Initial Expert Reports: | May 22, 2018 |
| Last Day to Serve Rebuttal Expert Reports: | June 19, 2018 |
| Last Day to Conduct Settlement Proceedings: | July 10, 2018 |
| Expert Discovery Cut-off: | July 13, 2018 |
| Last Day to File *Daubert* Motions: | July 20, 2018 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | August 10, 2018 |
| Final Pretrial Conference (1:30 p.m.): | September 7, 2018 |

_____

_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  SACV 17-00161 JLS (JEM) | Date:  May 23, 2017 |
| Title:  Consumer Financial Protection Bureau v. Vincent Howard, et al. | |

Exhibit Conference (3:30 p.m.):　　　　　　　　　　　　　　　　September 28, 2018

Court Trial (9:00 a.m.):　　　　　　　　　　　　　　　　　　　　October 2, 2018

Trial Estimate:[1]　　　　　　　　　　　　　　　　　　　　　　　10 days

　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  tg

---

[1] This is the parties' estimate.  The Court may allot fewer days for trial.