___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:17-cv-00161-JLS-JEM                                                      Date: March 13, 2018
Title:  Consumer Financial Protection Bureau v. Vincent Howard et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Terry Guerrero  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS) ORDER STRIKING MOTION TO EXTEND DISCOVERY CUT-OFF (Doc. 76)**

Before the Court is a jointly filed Motion to Extend Discovery Cut-Off. (Mot., Doc. 76.)  The parties filed this Motion on March 9, 2018, and noticed it for hearing on March 23, 2018, after the Court had already closed its calendar for that date.  Thus, the parties failed to comply with the Court's Standing Order, which requires that the parties check the Court's website for Closed Motion Dates prior to filing.  (*See* Initial Standing Order § 10(a), Doc. 15.)  Moreover, as stated on the Court's procedures page, counsel and parties are advised to resolve minor issues, such as this, by the filing of a stipulation. Accordingly, the Motion is STRICKEN for failure to comply with this Court's procedures.  *See Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002) ("The district court has considerable latitude in managing the parties' motion practice and enforcing local rules that place parameters on briefing.").  The parties are advised to review the Court's Standing Order, procedures page, and the Local Rules before filing a new request for continuance.

Initials of Preparer:  tg

___