JOHN C. WELLS, D.C. Bar # 491292
Deputy Enforcement Director
JAN SINGELMANN, DC Bar # 999087
E-mail: jan.singelmann@cfpb.gov
Phone: 202-435-9670
AMY RADON, CA Bar # 277727
E-mail: amy.radon@cfpb.gov
Phone: 202-435-9142
P. SOLANGE HILFINGER-PARDO, CA Bar # 320055
E-mail: patricia.hilfinger-pardo@cfpb.gov
Phone: 202-435-9024
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

LEANNE HARTMANN, CA Bar # 264787 - Local Counsel
301 Howard St., Suite 1200
San Francisco, CA 94105
Phone: (415) 844-9787
Email: leanne.hartmann@cfpb.gov

Attorneys for Plaintiff
Consumer Financial Protection Bureau

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case No. 8:17-CV-00161 (JLS) (JEMx) |
| Plaintiff, | **DECLARATION OF JAN SINGELMANN** |
| v. | |
| Vincent Howard, Lawrence Williamson, Howard Law, P.C., The Williamson Law Firm, LLC, and Williamson & Howard, LLP, | **HON. JOSEPHINE L. STATON** |
| Defendants. | |

## DECLARATION OF JAN SINGELMANN
## PURSUANT TO 28 U.S.C. § 1746

I, Jan Singelmann, hereby declare and state as follows:

1. I am an Enforcement Attorney at the Consumer Financial Protection Bureau ("Bureau") and am lead counsel for the Plaintiff in this matter.

2. I submit this Declaration in support of the Bureau's Opposition to Defendants' Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment (Doc. 74-1).

3. Attached as Ex. 1 hereto is a true and accurate copy of the declaration of Timothy Hanson.

4. Attached as Ex. 2 hereto is a true and accurate copy of Vincent Howard's October 31, 2014 declaration (Doc. 188-3 filed in *CFPB v. Morgan Drexen, Inc. et. al.*, Case No. 8:13-cv-01267 (C.D. Cal. filed Aug. 20, 2013) (hereinafter the "*Morgan Drexen* action")).

5. Attached as Ex. 3 hereto is a true and accurate copy of Vincent Howard's August 12, 2016 declaration (Doc. 480-3 filed in the *Morgan Drexen* action).

6. Attached as Ex. 4 hereto is a true and accurate copy of Vincent Howard's August 26, 2015 declaration (Doc. 356-1 filed in the *Morgan Drexen* action).

7. Attached as Ex. 5 hereto is a true and accurate copy of the February 19, 2016 letter from counsel for Defendants, Sean O'Keefe, to Bureau lead counsel in the *Morgan Drexen* action, Gabriel O'Malley.

8. Attached as Ex. 6 hereto is a true and accurate copy of the March 9, 2016 letter from counsel for Defendants, Sean O'Keefe, to Bureau lead counsel in the *Morgan Drexen* action, Gabriel O'Malley.

9. Attached as Ex. 7 hereto is a true and accurate copy of a portion of Vincent Howard's March 1, 2016 declaration (omitting exhibits that contained confidential or personal information) (Doc. 419-1 filed in the *Morgan Drexen* action).

1         10.    Attached as Ex. 8 hereto is a true and accurate copy of the Court's October

2 9, 2015 Order (Doc. 385 in the *Morgan Drexen* action).

3         11.    Attached as Ex. 9 hereto is a true and accurate copy of the Court's February

4 5, 2016 Order (Doc. 409  in the *Morgan Drexen* action).

5     I declare under the penalty of perjury under the laws of the United States of

6 America that the foregoing is true and correct to the best of my knowledge.

7 Executed this 13th day of April, 2018, at Washington, D.C.

8

9                                 Jan Singelmann

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28