# EXHIBIT 1

JOHN C. WELLS, DC Bar # 491292
Deputy Enforcement Director
JAN SINGELMANN, DC Bar # 999087
E-mail: jan.singelmann@cfpb.gov
Phone: 202-435-9670
AMY RADON, CA Bar # 277727
E-mail: amy.radon@cfpb.gov
Phone: 202-435-9142
P. SOLANGE HILFINGER-PARDO, CA Bar # 320055
E-mail: patricia.hilfinger-pardo@cfpb.gov
Phone: 202-435-9024
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

LEANNE HARTMANN, CA Bar # 264787 - Local Counsel
301 Howard St., Suite 1200
San Francisco, CA 94105
Phone: (415) 844-9787
Email: leanne.hartmann@cfpb.gov
Attorneys for Plaintiff
Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Consumer Financial Protection Bureau, <br><br> Plaintiff, <br><br> v. <br><br> Vincent Howard, Lawrence Williamson, Howard Law, P.C., The Williamson Law Firm, LLC, and Williamson & Howard, LLP, <br><br> Defendants. | Case No. 8:17-CV-00161 (JLS) (JEMx) <br><br> **DECLARATION OF TIMOTHY HANSON** <br><br> **HON. JOSEPHINE L. STATON** |

## DECLARATION OF TIMOTHY HANSON
## PURSUANT TO 28 U.S.C. § 1746

I, Timothy Hanson, hereby declare and state as follows:

1. I am a citizen of the United States and am over eighteen (18) years of age. I am an employee of the Consumer Financial Protection Bureau ("Bureau"). I am a forensic accountant working in the Office of Enforcement within the Bureau in Washington, D.C. As an employee of the Bureau, my current duties include conducting financial and data analysis as evidence for investigations and litigation. I have been an employee of the Bureau since December 16, 2012.

2. I assisted the Bureau's litigation team in reviewing data files produced to the Bureau by Morgan Drexen, Inc. ("Morgan Drexen") in the Bureau's prior, related lawsuit against the company and its former CEO, Walter Ledda (Case No. 8:13-cv-01267 (C.D. Cal. filed Aug. 20, 2013)) ("the *Morgan Drexen* action"). Among other things, I submitted a declaration calculating the amount of unlawful fees Morgan Drexen charged or collected from consumers that formed the basis for the Court's final judgment against the company. *See* Doc. 393-1 in the *Morgan Drexen* action.

3. I have reviewed the data files produced by Morgan Drexen in response to Document Request 34 of Plaintiff's First Set of Requests for Production of Documents to Morgan Drexen, Inc. (the "Morgan Drexen Data Set"). The last date for which the Morgan Drexen Data Set includes data is August 31, 2014.

4. I also reviewed an Excel spreadsheet produced by the Defendants in this litigation to the Bureau on February 19, 2016, in response to an order from the Court ("Defendants' Data Set"). I understand that Defendants' Data Set contains data on the consumers from whom Defendants charged or collected fees for the time period between June 18, 2015 and October 9, 2015.

5. In reviewing the Morgan Drexen Data Set and Defendants' Data Set, I did not alter the data. Rather, I reviewed, analyzed, and performed calculations on the data produced and made findings of fact set forth below.

1

Case 8:17-cv-00161-JLS-JEM Document 84-3 Filed 04/13/18 Page 4 of 5 Page ID #:2493

## UPFRONT FEES CHARGED OR COLLECTED FROM JANUARY 29, 2014 - AUGUST 31, 2014

6. The Morgan Drexen Data Set identified two types of fees charged or collected from consumers prior to making the first payment to a consumer's creditor.

7. First, a "Bankruptcy Planning and Preparation Fee" was charged or collected from consumers. The average "Bankruptcy Planning and Preparation Fee" was approximately $993 per consumer.

8. Second, consumers were charged a monthly maintenance fee (referred to as the "Monthly Flat Fee" or "Legal Assistance Program Fee" in the data produced by Morgan Drexen). Transactions indicate that approximately 98.8% of the monthly maintenance fee charged ranged between $17.50 to $50.00 per month.

9. All "Bankruptcy Planning and Preparation Fees" and "monthly maintenance fees" charged before Morgan Drexen made the first payment to a creditor are referred to herein as "Upfront Fees."

10. For the period between January 29, 2014 and August 31, 2014, I calculated that Morgan Drexen charged or collected approximately $12,760,000 in Upfront Fees from 14,578 consumers.

11. The approximately $12,760,000 in Upfront Fees Morgan Drexen charged or collected were assessed in 62,401 separate transactions.

## FEES CHARGED OR COLLECTED FROM JUNE 18, 2015 - OCTOBER 9, 2015

12. It is my understanding that Defendants' Data Set contains information for the time period from June 18, 2015 to October 9, 2015. Defendants' Data Set indicates that Defendants charged or collected $5,326,981.13 in "Net Payments" from 7,300 consumers. I have defined "Net Payments" as "net payments collected" less amounts "Paid to Creditors" and amounts "Refunded to client."

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

2

Executed this 13th day of April, 2018, at Washington, D.C.

*Timothy Hanson* - AR
Timothy Hanson