# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>Plaintiff,<br><br>v.<br><br>Vincent Howard, Lawrence Williamson, Howard Law, P.C., The Williamson Law Firm, LLC, and Williamson & Howard, LLP,<br><br>       Defendants. | Case No. 8:17-CV-00161 (JLS) (JEMx)<br><br>**ORDER GRANTING EXTENSION OF DEADLINES**<br><br>**HON. JOSEPHINE L. STATON**<br>**Courtroom 10-A (Santa Ana)** |

Pursuant to the *Joint Stipulation Regarding the Extension of Deadlines to Pursue Settlement* filed by Plaintiff, the Bureau of Consumer Financial Protection ("Bureau"), and Defendants, Vincent Howard, Lawrence Williamson, Howard Law, P.C., The Williamson Law Firm, LLC, and Williamson & Howard, LLP ("Defendants"), and for good cause shown, the Court hereby extends the deadlines set for in the Court's *Order Granting Extension of Plaintiff's Fact Discovery Deadline* (Doc. 166) by six weeks. Accordingly, the Scheduling Order entered on May 23, 2017 (Doc. 38), and modified on December 22, 2017 (Doc. 68), March 22, 2018 (Doc. 83), and October 16, 2018 (Doc. 166), is hereby modified as follows:

| Date | Event |
|---|---|
| April 16, 2019 | Fact Discovery Cut-Off for the Bureau |
| April 25, 2019 | Last Day to File Motions (except *Daubert* and all other Motions *in Limine*) |
| April 30, 2019 | Last Day to Serve Initial Expert Reports |
| May 28, 2019 | Last Day to Serve Rebuttal Expert Reports |
| June 20, 2019 | Expert Discovery Cut-Off |
| June 27, 2019 | Last Day to File *Daubert* Motions |
| July 22, 2019 | Last Day to File Motions *in Limine* (excluding *Daubert* Motions) |
| August 23, 2019, 10:30 AM | Final Pre-Trial Conference |

**IT IS SO ORDERED.**

Dated: February 11, 2019

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE